# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00233-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRETT LASHWAY,

    Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE

---

The court having been notified by the probation office that on December 24, 2008, the above-referenced defendant was declared deceased. It is, therefore,

ORDERED that the term of probation be terminated.

DATED at Denver, Colorado, this _14th_ day of January, 2009.

BY THE COURT:

_/s/ Walker D. Miller_
Walker D. Miller
Senior United States District Judge